F. L. Weinberg, appellee, v. U. S. Leather Goods Company, appellant. Gen. No. 34,110.

Heard in the second division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930.

Bassler, Bippus, Rose & Burt, for appellant. James D. Templeman, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Alfred L. Reese and Ada K. Reese, complainants and appellees, v. James W. McCormack et al., defendants. James W. McCormack et al., appellants. Gen. No. 34,119.

Heard in the second division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930.

Abram Z. Zeitlein, for appellants. Earl J. Walker, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

Consolidated Products Company, Inc., appellee, v. U. S. Reduction Company, appellant. Gen. No. 34,128.

Heard in the second division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930. Rehearing denied July 11, 1930.

Rudolph Wolfner and Leslie H. Whipp, for appellant. Teller, Levit, Silvertrust & Levi, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Jacob I. Glickerman, trading as Independence Plumbing & Heating Company, complainant and appellee, v. McKay & Robbins, Inc., now known as P. W. McKay & Company et al., defendants, on appeal of Frank C. Voisinet, appellant. Gen. No. 34,137.

Heard in the second division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930.

Elliott & Gaudas, for appellant; James A. Kealey, of counsel. Koven & Perlman, for appellee.

Mr. Justice Gridley delivered the opinion of the court.